# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   JOSEPH CARP | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 25-14122 |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Chapter 13 Plan and Certificate of Service of Chapter 13 Plan, docket number 17 and 18, filed by YOUNG, MARR & ASSOCIATES.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: November 10, 2025