**KEYSTONE PROTECTIVE SERVICES, INC.**

Joseph Carp Jr.
Payroll

10984
10/17/2025
571.20

Payroll (10/09/25 - 10/15/25 20.40 Hrs)
*Not here on Monday 10/13/25

*1099 to be received for this check

CORP-COMM CK    Payroll (10/09/25 - 10/15/25 20.40 Hrs)    571.20

**KEYSTONE PROTECTIVE SERVICES, INC.**

Joseph Carp Jr.
Payroll

10988
10/24/2025
820.40

Payroll (10/16/25 - 10/22/25 29.30 Hrs)

*1099 to be received for this check

CORP-COMM CK    Payroll (10/16/25 - 10/22/25 29.30 Hrs)    820.40

| | | | | |
|---|---|---|---|---|
| **KEYSTONE PROTECTIVE SERVICES, INC.** | | | | 10944 |
| Joseph Carp Jr. | | | 9/4/2025 | |
| Payroll | | Payroll (08/28/25 - 09/03/25 29.20 Hrs) | | 817.60 |
| | | 8.0 holiday hours | | |
| | | 21.20 reg | | |
| | | *1099 to be received for this check | | |
| CORP-COMM CK | Payroll (08/28/25 - 09/03/25 29.20 Hrs) | | | 817.60 |

| | | | | |
|---|---|---|---|---|
| **KEYSTONE PROTECTIVE SERVICES, INC.** | | | | 10951 |
| Joseph Carp Jr. | | | 9/12/2025 | |
| Payroll | | Payroll (09/04/25 - 09/10/25 28.45 Hrs) | | 796.60 |
| PHONES | | Phone payment for September 2025 | | -47.00 |
| | | *1099 to be received for this check | | |
| CORP-COMM CK | Payroll (09/04/25 - 09/10/25 28.45 Hrs) | | | 749.60 |

| | | | | |
|---|---|---|---|---|
| **KEYSTONE PROTECTIVE SERVICES, INC.** | | | | 10958 |
| Joseph Carp Jr. | | | 9/19/2025 | |
| Payroll | | Payroll (09/11/25 - 09/17/25 30.31 Hrs) | | 848.68 |
| | | *1099 to be received for this check | | |
| CORP-COMM CK | Payroll (09/11/25 - 09/17/25 30.31 Hrs) | | | 848.68 |

| | | | | |
|---|---|---|---|---|
| KEYSTONE PROTECTIVE SERVICES, INC. | | | | 10921 |
| Joseph Carp Jr. | | | 8/15/2025 | |
| Payroll | | Payroll 08/07/25-08/13/2025 (28.40 Hrs) | | 795.20 |

*1099 to be received for this check

| | | | |
|---|---|---|---|
| CORP-COMM CK | Payroll 08/07/25-08/13/2025 (28.40 Hrs) | | 795.20 |

| | | | | |
|---|---|---|---|---|
| KEYSTONE PROTECTIVE SERVICES, INC. | | | | 10939 |
| Joseph Carp Jr. | | | 8/29/2025 | |
| Payroll | | Payroll (08/21/25 - 08/27/25 27.55 Hrs) | | 771.40 |

| | | | |
|---|---|---|---|
| CORP-COMM CK | Payroll (08/21/25 - 08/27/25 27.55 Hrs) | | 771.40 |

| | | | | |
|---|---|---|---|---|
| KEYSTONE PROTECTIVE SERVICES, INC. | | | | 10932 |
| Joseph Carp Jr. | | | 8/22/2025 | |
| Payroll | | Payroll (08/14/25 - 08/20/25 24.05 Hrs) | | 701.40 |
| Loan | | Advance Loan | | -100.00 |

| | | | |
|---|---|---|---|
| CORP-COMM CK | Payroll (08/14/25 - 08/20/25 24.05 Hrs) | | 601.40 |