## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH CARP  : CHAPTER 13
:
Debtor  : Bankruptcy No. 25-14122DJB

### ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of the Debtor's Praecipe to Voluntarily Dismiss his Chapter 13 Bankruptcy, it is hereby

ORDERED AND DECREED that the Debtor's Praecipe to Voluntarily dismiss his Chapter 13 Bankruptcy is hereby APPROVED.

BY THE COURT:

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE

**Date: January 22, 2026**