United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 25-14122-djb
Joseph Carp | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 22, 2026      Form ID: pdf900      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Carp, 1506 Trenton Avenue, Bristol, PA 19007-4107 |
| 15064268 | + | Lakeview Loan Servicing, LLC, C/O Denise Carlon, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 23 2026 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 23 2026 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15060238 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 23 2026 00:51:44 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15075702 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 23 2026 00:51:31 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15059700 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 23 2026 00:48:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 15059701 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 23 2026 00:48:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15059703 | | Email/Text: correspondence@credit-control.com | Jan 23 2026 00:48:00 | Credit Control, Llc, 5757 Phantom Dr., Hazelwood, MO 63042 |
| 15059702 | | Email/Text: correspondence@credit-control.com | Jan 23 2026 00:48:00 | Credit Control, Llc, Attn: Bankruptcy, 3300 Roder Trail S. Ste 500, Earth Cirty, MO 63045 |
| 15063379 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 23 2026 00:48:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 15059704 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 23 2026 00:48:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15059705 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 23 2026 00:48:00 | Jefferson Capital Systems, Llc, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 15059707 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2026 00:51:32 | LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15059706 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2026 00:51:38 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 15061564 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2026 00:51:38 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15083420 | ^ | MEBN | Jan 23 2026 00:46:18 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15059708 | | Email/Text: camanagement@mtb.com | Jan 23 2026 00:48:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15059709 | | Email/Text: camanagement@mtb.com | Jan 23 2026 00:48:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15065082 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2026 00:51:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15059710 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2026 00:51:31 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15059712 | + | Email/Text: Bankruptcies@nragroup.com | Jan 23 2026 00:48:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15059711 | + | Email/Text: Bankruptcies@nragroup.com | Jan 23 2026 00:48:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15061971 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 23 2026 00:51:38 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15060725 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 23 2026 00:51:31 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15080280 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 23 2026 00:51:38 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: pdf900 | Total Noticed: 26 |

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MATTHEW K. FISSEL
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

PAUL H. YOUNG
    on behalf of Debtor Joseph Carp support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH CARP  :  CHAPTER 13
:
Debtor  :  Bankruptcy No. 25-14122DJB

### ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of the Debtor's Praecipe to Voluntarily Dismiss his Chapter 13 Bankruptcy, it is hereby

ORDERED AND DECREED that the Debtor's Praecipe to Voluntarily dismiss his Chapter 13 Bankruptcy is hereby APPROVED.

BY THE COURT:

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE

**Date: January 22, 2026**